Ruth SAAB, Personal Representative
of the Estate of Lloyd A.
McCrorey, Appellant,

v.

Mary Lou BURRESS, Respondent.

No. WD 45912.

Missouri Court of Appeals,
Western District.

Oct. 13, 1992.

Steve Dulle Burmeister, Independence, for appellant.

Brian Warr, Independence, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

PER CURIAM.

ORDER

Appeal from a judgment in an action to quiet title to property. Affirmed. Rule 84.16(b).